UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-80811-CIV-MIDDLEBROOKS/JOHNSON

JULY CASTRO, on her own behalf
and all others similarly situated,

      Plaintiff,
vs.

GYMBOREE OPERATIONS, INC., a
California Corporation,

      Defendant.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Jessica R. Perry, and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Jessica R. Perry, in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Jessica R. Perry, is granted to appear and participate in this action on behalf of Gymboree Operations, Inc. The Clerk shall provide electronic notification of all electronic filings to Jessica R. Perry, at jperry@orrick.com.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 15 day of November, 2007.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record